29 A.3d 761

Maurice EVERETT, Petitioner

v.

Mike WENEROWICZ, Warden SCI Graterford
Department of Corrections, Respondent.

No. 58 EM 2011.

Supreme Court of Pennsylvania.

Sept. 27, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of September, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

29 A.3d 761

Raymond WILLIAMS, Petitioner

v.

Michael WENEROWICZ and Pennsylvania Department
of Corrections, Respondents.

No. 57 EM 2011.

Supreme Court of Pennsylvania.

Sept. 27, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of September, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**